No. 79–1404. PENNHURST STATE SCHOOL AND HOSPITAL ET AL. v. HALDERMAN ET AL.;

No. 79–1408. MAYOR OF PHILADELPHIA ET AL. v. HALDERMAN ET AL.;

No. 79–1414. PENNSYLVANIA ASSOCIATION FOR RETARDED CITIZENS ET AL. v. PENNHURST STATE SCHOOL AND HOSPITAL ET AL.;

No. 79–1415. COMMISSIONERS AND MENTAL HEALTH/MENTAL RETARDATION ADMINISTRATOR FOR BUCKS COUNTY ET AL. v. HALDERMAN ET AL.; and

No. 79–1489. PENNHURST PARENTS-STAFF ASSN. v. HALDERMAN ET AL. C. A. 3d Cir. [Certiorari granted, 447 U. S. 904.] Motion of Congress of Advocates for the Retarded, Inc., et al. for leave to file a brief as *amici curiae* granted. Motion of respondents for divided argument granted. Motion of Illinois et al. for leave to participate in oral argument as *amici curiae* denied. Motion of petitioners for divided argument granted. Motion of American Psychiatric Association for leave to participate in oral argument as *amicus curiae* denied.

No. 79–5962. VINCENT v. TEXAS. Ct. Crim. App. Tex. [Probable jurisdiction postponed, 445 U. S. 960.] Motion of appellee to dismiss the appeal denied.

No. 79–6777. STEAGALD v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, *ante,* p. 819.] Motion for appointment of counsel granted, and it is ordered that John Richard Young, Esquire, of Atlanta, Ga., be appointed to serve as counsel for petitioner in this case.

No. 79–6779. LITTLE v. STREATER. App. Sess., Super. Ct. Conn., New Haven Jud. Dist. [Probable jurisdiction noted, *ante,* p. 817.] Motion for appointment of counsel granted, and it is ordered that Jon C. Blue, Esquire, of Hartford, Conn., be appointed to serve as counsel for appellant in this case.